UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LONNIE LEE MANUEL,<br><br>   Petitioner,<br><br> v.<br><br>JAMES D. HARTELY, Warden,<br><br>   Respondent. | No. CV 08-7414-SJO (AGR)<br><br>**JUDGMENT** |

 Pursuant to the order adopting the magistrate judge's report and recommendation,

 IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 18, 2009

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE